## William H. Buckman Law Firm

ATTORNEYS AT LAW
110 Marter Avenue, Suite 209
Moorestown, NJ 08057

Telephone: 856-608-9797
Fax: 856-608-6244

William H. Buckman
Certified Criminal Trial Attorney - NJ
Member NJ, PA, NY and VT Bar
wbuckman@whbuckman.com

Surinder K. Aggarwal
Member NJ Bar
skaggarwal@whbuckman.com

Lilla Londar
Member NJ and PA Bars
llondar@whbuckman.com

Wayne E. Natale
Of Counsel
wnatale@whbuckman.com

September 3, 2008

**VIA FACSIMILE TRANSMISSION ONLY**
Honorable Robert B. Kugler, U.S.D.J.
Mitchell H. Cohen U.S. Courthouse
1 John F Gerry Plaza
Room 6040
P.O. Box 889
Camden, NJ 08101

RE:  Emory E. Gibson, Jr. v. Division of State Police, et als.
     Docket No. 1:02cv05470

Dear Judge Kugler:

As per your instructions, please accept this letter as our request for a two week extension to file Plaintiff's brief in Opposition to Defendant Pennypacker's and Defendant New Jersey Turnpike Authority's Motions for Summary Judgment. With the consent of Mr. Gelber, Mr. Leicht, and Mr. Zwillman, we are asking that the new date be September 22, 2008.

Thank you for your courtesy and attention.

Respectfully,

WILLIAM H. BUCKMAN

So Ordered this 4th day of Sept. 2008

HON. ROBERT B. KUGLER, U.S.D.J.

WHB:dmd

CC:  Darren M. Gelber, Esq. (via regular mail)
     Leonard C. Leicht, Esq. (via regular mail)
     Timothy Klaus Saia, Esq. (via regular mail)
     Blair R. Zwillman, Esq. (via regular mail)